**Order entered September 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00211-CR

### CYZE RODGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75588-R**

## ORDER

Before the Court is appellant's September 21, 2020 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on October 20, 2020.

/s/     LANA MYERS
        JUSTICE